IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| THERESE VERONICA NATTY, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION NO. |
| : | 2:12-CV-00027-RWS |
| UNITED STATES OF AMERICA, : | |
| *et al.*, : | |
| : | |
| Defendants. : | |
| : | |

## **ORDER**

This case is before the Court for consideration of the Report and Recommendation [19] of Magistrate Judge J. Clay Fuller. After reviewing the Report and Recommendation, it is received with approval and adopted as the Opinion and Order of this Court.  Accordingly, Plaintiff's Federal Tort Claim Act claim is allowed to proceed against the United States as in any other civil action. However, the Department of Homeland Security and Ariel Rodriguez are **DISMISSED** from this action.  The Clerk shall refer the case back to Judge Fuller so that he may address service of process.

AO 72A
(Rev.8/82)

**SO ORDERED**, this  17th  day of October, 2013.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE