# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| THERESE VERONICA NATTY, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO.<br>: 2:12-CV-00027-RWS |
| UNITED STATES OF AMERICA, *et al.*, | : |
| Defendants. | : |

## ORDER

This case is before the Court for consideration of the Report and Recommendation [38] of Magistrate Judge J. Clay Fuller. After reviewing the Report and Recommendation, it is received with approval and adopted as the Opinion and Order of this Court. Accordingly, the Government's Motion to Dismiss [31] is hereby **GRANTED**, and Plaintiff's claim is **DISMISSED** for lack of subject matter jurisdiction. Plaintiff's Motion for Appointment of Counsel [35] and Third Motion for Extension of Time to Respond [36] are **DENIED**, **AS MOOT**.

AO 72A
(Rev.8/82)

**SO ORDERED**, this   26th   day of November, 2014.


_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE